

**FILED**
6/5/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 702 |
| v. ) | |
| ) | Violation: Title 18, United States Code, |
| RYAN KANE ) | Section 641 |

The UNITED STATES ATTORNEY charges:

Beginning in or around March 2018 and continuing through in or around January 31, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RYAN KANE,

defendant herein, did steal, purloin, and knowingly convert to his own use money of the United States, namely, approximately $35,000 in ticket vouchers issued by Amtrak, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

_____
UNITED STATES ATTORNEY